1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975
   E-mail: afriedenberg@glynnfinley.com
6          jeldredge@glynnfinley.com

7  Attorneys for Defendant
   Barbara's Bakery, Inc.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 RICHARD W. TRAMMEL, individually    )   **Case No. C12-02664-CRB**
   and on behalf of all others similarly situated, )
12                                      )   **STIPULATION AND [PROPOSED]**
                     Plaintiff,         )   **ORDER TO CONTINUE CASE**
13                                      )   **MANAGEMENT CONFERENCE**
        vs.                             )
14                                      )
   BARBARA'S BAKERY, INC., a California )
15 corporation; and DOES 1-50,          )
                                        )
16                   Defendants.        )
                                        )
17 _____       )

18       WHEREAS, Plaintiff filed this putative class action on May 23, 2012;

19       WHEREAS, the initial Case Management Conference is set for September 7, 2012 (see

20 Docket No. 9-1);

21       WHEREAS, counsel for Barbara's Bakery, Inc. is in trial on September 7, 2012, and

22 requests that the Case Management Conference be continued to October 12, 2012 (or other date

23 available to the Court);

24       WHEREAS, the parties will comply with the Court's "Order Setting Case Management

25 Conference," Docket No. 9-1, with the deadlines being based on the new Case Management

26 Conference date;

27       THEREFORE, the parties stipulate and request that the Court continue the September 7,

28 2012 Case Management Conference to October 12, 2012.

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT

1    IT IS SO STIPULATED.

2

3  Dated: August 16, 2012                              GLYNN & FINLEY, LLP

4
                                                        /s/ Jonathan A. Eldredge
5                                                     Attorneys for Barbara's Bakery, Inc.

6

7  Dated: August 16, 2012                              AHDOOT & WOLFSON, P.C.

8
                                                        /s/ Tina Wolfson
9                                                     Attorneys for Plaintiff

10

11

12        FOR GOOD CAUSE SHOWN, THE COURT ORDERS that the September 7, 2012 Case

13  Management Conference is continued to October 12, 2012. All deadlines in the Court's "Order

14  Setting Case Management Conference," Docket No. 9-1, shall be based on the new Case

15  Management Conference date.

16        IT IS SO ORDERED.

17

18  Dated: August 20, 2012

19                                                    _____
                                                      District [IT IS SO ORDERED]
20                                                    Judge Charles R. Breyer

21

22

23

24

25

26

27

28

- 2 -
STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND COMPLAINT