TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
BRADLEY K. KING, SBN 274399
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiff
RICHARD W. TRAMMELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. TRAMMELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA'S BAKERY, INC. a California corporation; and DOES 1-50,<br><br>Defendants | Case No. 12-CV-02664-CRB<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>JURY TRIAL DEMANDED |

1     WHEREAS, Plaintiff filed this putative class action on May 23, 2012;

2     WHEREAS, on May 30, 2012, Plaintiff served defendant Barbara's Bakery, Inc. ("Defendant") with the summons and complaint;

4     WHEREAS, Plaintiff filed a first amended complaint on June 28, 2012;

5     WHEREAS Defendant filed its answer to the first amended complaint on July 19, 2012.

6     WHEREAS, Plaintiff seeks to amend the first amended complaint to state additional claims for relief;

8     THEREFORE, the parties stipulate and request that the Court order that Plaintiff file his second amended complaint, and Defendant will have 21 days from the filing of the first amended complaint to respond.

IT IS SO STIPULATED.

Dated: January 28, 2013                                GLYNN & FINLEY, LLP

                                                            /s/ Jonathan A. Eldredge
                                               Attorneys for Barbara's Bakery, Inc.

Dated: January 28, 2013                                AHDOOT & WOLFSON, P.C.

                                                            /s/ Tina Wolfson
                                                            Attorneys for Plaintiff

    FOR GOOD CAUSE SHOWN, THE COURT ORDERS that Plaintiff file his second amended complaint within five (5) days from the date of this Order, and Defendant will have 21 days from the filing of the second amended complaint to respond.

IT IS SO ORDERED.

Dated: January 30, 2013

                                                         Charles R. Breyer
                                                         Senior

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED / Judge Charles R. Breyer)*

STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT
CASE NO. 12-CV-02664-CRB