TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiff, RICHARD W. TRAMMELL

Clement L. Glynn, SBN 57117
cglynn@glynnfinely.com
Adam D. Freidenberg, SBN 205778
afreidenberg@glynnfinely.com
Jonathan A. Eldredge, SBN 238559
jeldredge@glynnfinely.com
**GLYNN & FINLEY, LLP**
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Tel: 925-210-2801; Fax: 925-945-1975

Attorneys for Defendant, BARBARA'S BAKERY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. TRAMMELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA'S BAKERY, INC. a California corporation; and DOES 1-50,<br><br>Defendants | Case No. 12-CV-02664-CRB<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

In accordance with the instruction of the Court, Plaintiff and Defendant hereby inform the Court that following their second in-person mediation session, before the Honorable Eugene F. Lynch (Ret.) of JAMS, the Plaintiff and Defendant reached a settlement in principle, subject to the Court's approval. The Plaintiff and Defendant are in the process of preparing a long-form settlement agreement and motion for preliminary approval of settlement, which they intend to submit to the Court within sixty (60) days.

The parties thus respectfully request that the Court continue the March 1, 2013 case management conference to April 26, 2013, pending a submission of the settlement paperwork.

Dated: January 31, 2013

Respectfully submitted,
**AHDOOT & WOLFSON, PC**

/s/
Tina Wolfson
Counsel for Plaintiff, Richard W. Trammell

Dated: January 31, 2013

**GLYNN & FINLEY, LLP**

/s/
Clement L. Glynn
Counsel for Defendant, Barbara's Bakery, Inc.

### ORDER

FOR GOOD CAUSE SHOWN, THE COURT ORDERS that the Case Management Conference, previously scheduled for March 1, 2013, is continued to ___April 26___, 2013.

IT IS SO ORDERED.

Dated: February __1_, 2013

Charles R. Breyer
Senior District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

---

1
NOTICE OF SETTLEMENT AND
JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. 12-CV-02664-CRB