GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
E-mail: afriedenberg@glynnfinley.com
      jeldredge@glynnfinley.com

Attorneys for Defendant
Barbara's Bakery, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. TRAMMELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BARBARA'S BAKERY, INC., a California corporation; and DOES 1-50,<br><br>    Defendants. | **Case No. C12-02664-CRB**<br><br>**DEFENDANT BARBARA'S BAKERY, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND REQUEST FOR PRELIMINARY INJUNCTION**<br><br>Date:  June 14, 2013<br>Time:  10:00 a.m.<br>Place:  Courtroom 6<br>Judge:  The Honorable Charles R. Breyer<br><br>Complaint Filed: May 23, 2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT on June 14, 2013 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Charles R. Breyer, Defendant Barbara's Bakery, Inc. ("Barbara's") will, and hereby does, move for an order from this Court granting its motion for preliminary approval of class action settlement and request for preliminary injunction.

    This motion is made on the following grounds: Barbara's requests that the Court issue a preliminary injunction enjoining related litigation pending in the Eastern District of New York and Superior Court of California pursuant to the Court's authority under the All Writs Act, 28

1  U.S.C. § 1651, the Anti-Injunction Act, 28 U.S.C. § 2283, and Federal Rules of Civil Procedure, Rule 23(d). Such an injunction is necessary to allow the Court to oversee and manage the settlement in this action and to protect the interests of the settlement class.

Defendant's motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Jonathan A. Eldredge and on such other evidence and argument as may be presented before or at the hearing on this motion or of which the Court may take judicial notice.

Dated: April 26, 2013

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By      /s/ Jonathan A. Eldredge
   Attorneys for Defendant
   Barbara's Bakery, Inc.