**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD W. TRAMMELL, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>ERIN SILBER, on behalf of herself and all others similarly situated,<br><br>OLYMPIA MORO, on behalf of herself and all others similarly situated, and<br><br>GABRIEL ROJAS, on behalf of himself and all others similarly situated,<br><br>[Proposed] Intervening Plaintiffs,<br><br>v.<br><br>BARBARA'S BAKERY, INC., a California corporation, and DOES 1-50,<br><br>Defendants. | Case No. C12-02664-CRB<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION** |

1      This matter having come before the Court on the motion of proposed intervenors Erin Silber, Olympia Moro, and Gabriel Rojas, pursuant to Federal Rule of Civil Procedure 6(c)(1)(C), Civil Local Rules 6-3 and 7-10, and the Court's inherent power to manage its docket, to shorten the time to hear their motion for intervention (Dkt. No. 46);

     and the Court having considered the motion and submissions in support of the motion;

     and for good cause shown;

     IT IS, on this 19th day of June, 2013,

     ORDERED that the motion to shorten time to hear the motion for intervention by Erin Silber, Olympia Moro, and Gabriel Rojas is GRANTED;

     IT IS FUTHER ORDERED that the motion for intervention by Erin Silber, Olympia Moro, and Gabriel Rojas shall be heard on June 21, 2013, at 10:00 a.m..

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



CASE NO. C12-02664-CRB     - 2 -
[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME